UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-09-01018 PJH |
|---|---|
| Plaintiff(s), | |
| v. | **ORDER DENYING REQUEST FOR RECONSIDERATION** |
| LONDON JAMAL WEBB, | Dkt. No. 45 |
| Defendant(s). | |

On July 10, 2023, this court issued an order denying defendant London Jamal Webb's motion "requesting that this court intervene in petitioner's pending supervised release violation by a 'nunc pro tunc' proceeding to adjudicate and dismiss the action." Dkt. 44. The order explained that defendant was on supervised release in the above-captioned case when a Form 12 and Arrest Warrant were issued, and that while in abscond status he was indicted in the Eastern District of California, then pled guilty and was sentenced in that district. He remains in federal custody with a projected release date of July 20, 2027.

The July 10 order further explained that defendant's pending Form 12 in this district has not been resolved, and would be adjudicated after he completes his current sentence on unrelated charges and is thereafter returned to this district. The court denied defendant's request for the court to adjudicate and dismiss his Form 12 in his absence. See Dkt. 44.

Defendant has now filed an objection to and request for reconsideration of the court's July 10 order. See Dkt. 45. Defendant's filing does not present any new material

facts or change in law, nor any other basis for the court to reconsider its prior order. Accordingly, defendant's request for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: December 15, 2023

　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge