UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>LONDON JAMAL WEBB,<br>Defendant(s). | Case No. CR-09-01018 PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S REQUEST FOR FINAL DISPOSITION**<br><br>Dkt. No. 47 |

Defendant in the above-captioned case has filed a motion styled as a "demand for final disposition." See Dkt. 47. Defendant previously filed a motion requesting that the court intervene in his pending supervised release violation, and a motion seeking reconsideration of the denial of that motion. See Dkt. 41, 44, 45, 46.

The court directs the government to file a response to defendant's most recent motion, no later than **June 26, 2024**. The government shall serve a copy of its response, by first-class mail, on defendant. Defendant shall have seven (7) days thereafter to file a reply. The court will decide the motion on the papers.

**IT IS SO ORDERED.**

Dated: June 12, 2024

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge

1